# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>JOSE ALFONSO TORRES (2),<br><br>Defendant. | Criminal Case No. 12CR1064-H<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Jose Alfonso Torres is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant as to said defendant is hereby recalled.

IT IS SO ORDERED.

DATED:  June 12, 2012

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT